## KING v. McCLINTOCK et al.

(Circuit Court of Appeals, Fourth Circuit. February 2, 1897.)

### No. 184.

INJUNCTION—DISSOLUTION.

Appeal from the Circuit Court of the United States for the District of West Virginia.

Maynard F. Stiles, for appellant.

Z. T. Vinson, for appellees.

Before SIMONTON, Circuit Judge, and MORRIS and BRAWLEY, District Judges.

SIMONTON, Circuit Judge. This case presents precisely the same facts and the same questions as that of King v. Buskirk (just decided) 78 Fed. 233. The appellant is the same person as the appellant in that case, and the appellees were defendants in the injunction suits as well as in the action at law. The verdict of the jury was in their favor, and their motion to dissolve the injunction was based on that verdict. The decree of the circuit court is affirmed.